| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BASHIR KARIM, | ) | |
| | ) | No. C 08-1920 TEH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND DATES;** |
| | ) | **and [PROPOSED] ORDER** |
| MICHAEL B. MUKASEY, Attorney General | ) | |
| of the United States; MICHAEL CHERTOFF, | ) | |
| Secretary of the Department of Homeland | ) | |
| Security; EMILIO GONZALEZ, Director of | ) | |
| United States Citizenship and Immigration | ) | |
| Services; ROBERT S. MUELLER, III; | ) | |
| CHRISTINA POULOS, Director of the California | ) | |
| Service Center; ROBIN BARRETT, USCIS | ) | |
| District Director, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about April 11, 2008. Defendants' response is due on June 13, 2008.

2. Pursuant to this Court's April 11, 2008 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 14, 2008, and attend a case management conference on July 21, 2008.

Stipulation to Extend Dates
C08-1920 TEH                                   1

1     3. On March 26, 2008, USCIS issued a memorandum entitled Withholding Adjudication and Review of Prior Denials of Certain Categories of Cases Involved Association with, or Provision of Material Support to, Certain Terrorist Organizations or Other Groups by Jonathan Scharfen, Deputy Director.

    4. In order to allow sufficient time for the Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | August 11, 2008 |
| Last day to file Joint ADR Certification | August 18, 2008 |
| Last day to file/serve Joint Case Management Statement: | August 25, 2008 |
| Case Management Conference: | September 8, 2008 at 1:30 p.m. |

Dated: June 12, 2008            Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney

                                             /s/
                                             ILA C. DEISS[1]
                                             Assistant United States Attorney
                                             Attorney for Defendants

Dated: June 12, 2008                        /s/
                                             SHAH PEERALLY
                                             ERICH KEEFE
                                             Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   06/13/08                           THELTON
                                           United Sta...

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; signature of Judge Thelton E. Henderson)*

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this e-filed document.