| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BASHIR KARIM,

        Plaintiff,

        v.

MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III; CHRISTINA POULOS, Director of the California Service Center; ROBIN BARRETT, USCIS District Director, et al.,

        Defendants.

No. C 08-1920 TEH

**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS**

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

Request to be Exempt from ADR
C08-1920 TEH        1

1 | the application for adjustment of status.  Given the substance of the action and the lack of any
2 | potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
3 | court resources.
4 |     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
5 | ADR Multi-Option Program and that they be excused from participating in the ADR phone
6 | conference and any further formal ADR process.

Dated: August 15, 2008            Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        _____/s/_____
                                        ILA C. DEISS[1]
                                        Assistant United States Attorney
                                        Attorney for Defendants

Dated: August 14, 2008            _____/s/_____
                                        SHAH PEERALLY
                                        ERICH KEEFE
                                        Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 08/18/08



_____
THELTON E. HENDERSON
United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.