IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASHIR KARIM,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL B. MUKASEY, et. al.,<br><br>   Defendants. | No. C 08-1920 TEH<br><br>**ORDER SETTING BRIEFING SCHEDULE AND ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

This matter came on for a Case Management Conference at 1:30 p.m. on September 8, 2008. Ila Deiss, Assistant United States Attorney, appeared for the Defendants; counsel for Plaintiff Erich Keefe did not appear.

Good cause appearing therefore, the Court will adopt the briefing schedule proposed by the parties for cross-motions for summary judgment, with slight modification. Cross-motions for summary judgment shall be filed on September 22, 2008. Cross-oppositions shall be filed on October 6, 2008. Any Reply briefs shall be filed by October 14, 2008. The Court will hear the motions on **Wednesday, October 29, at 10:00 a.m.**

Plaintiff's counsel is ORDERED to SHOW CAUSE at the hearing why monetary sanctions should not be imposed for his failure to appear at the Case Management Conference held September 8, 2008. Any written submissions shall be filed no later than

//

//

seven days before the October 29, 2008 OSC hearing.

**IT IS SO ORDERED.**

Dated: September 8, 2008

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

2