JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BASHIR KARIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III; CHRISTINA POULOS, Director of the California Service Center; ROBIN BARRETT, USCIS District Director, et al.,<br><br>　　　　　Defendants. | No. C 08-1920 TEH<br><br>STIPULATION TO EXTEND DATE OF PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ORDER |

　　The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 60-day extension of the parties' cross-motions for summary judgment.  The parties agree that there is a reasonable likelihood that this case can be administratively resolved in the next 60 days, and that the case will be moot.

　　Accordingly, the parties respectfully ask this Court to extend the date of the parties' cross-motions for summary judgment by 60 days, and vacate the hearing scheduled for October 29, 2008.

Stipulation to Extend Dates
C08-1920 TEH                                    1

If the case becomes moot, the parties will file a stipulation to dismiss.  If the case is not administratively resolved, the parties will file a joint stipulation setting out the dates for the cross-motions for summary judgment.

Dated: September 22, 2008          Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          _____/s/_____
                                          ILA C. DEISS[1]
                                          Assistant United States Attorney
                                          Attorney for Defendants

Dated: September 22, 2008          _____/s/_____
                                          ERICH KEEFE
                                          SHAH PEERALLY
                                          Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The October 29, 2008 hearing date on the parties' cross-motions for summary judgment is vacated.  The hearing on the Order to Show Cause currently set for October 29, 2008 is continued until further notice; however, Plaintiff shall submit any written materials no later than October 22, 2008.

Dated: September  23 , 2008          _____
                                          THELTON E. HENDERSON
                                          United States District Court

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Extend Dates
C08-1920 TEH                                     2