Shah Peerally (CA Bar No: 230818)
Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| Bashir Karim, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. C 08-1920 TEH |
| vs. | ) |
| | ) |
| Michael Mukasey, Attorney General of the | ) PETITIONER'S RESPONSE |
| United States; Michael Chertoff, Secretary of the | ) TO ORDER TO SHOW CAUSE |
| Department of Homeland Security; Emilio | ) AND [PROPOSED] ORDER |
| Gonzalez, Director of United States Citizenship & | ) |
| Immigration Services; Robert S. Mueller, III, | ) |
| Christina Poulos, Director of the California Service | ) |
| Center; Robin Barrett, USCIS District Director, | ) |
| et al; | ) |
| Defendants | ) |

RESPONSE TO ORDER TO SHOW CAUSE

      In the attached declaration of Erich Keefe, counsel for the Plaintiff explains the circumstances surrounding his failure to appear at the September 8, 2008 case management conference and the measures that he has taken to ensure that this never happens again. His failure was not intentional, nor was it part of a pattern of carelessness, and backup calendaring procedures have been instituted to address the underlying reasons for his failure to appear.

CONCLUSION

It is respectfully requested that the court grant a one-time excuse from the imposition of monetary sanctions and that the OSC matter be vacated from the court's calendar.

Dated: September 22, 2008                    _____/s/_____
                                             Erich Keefe
                                             Attorney for Petitioner


                                             _____/s/_____ [1]
                                             Shah Peerally
                                             Attorney for Petitioner


**ORDER**

Plaintiff's counsel, Erich Keefe, was ordered to show cause at a hearing before this Court on October 29, 2008 why monetary sanctions should not be imposed for his failure to appear at the case management conference on September 8, 2008.

After considering the declaration of Erich Keefe regarding the circumstances of his failure to appear and the measures that he has taken to ensure that it never happens again, IT IS HEREBY ORDERED THAT monetary sanctions not be imposed and that the order to show cause hearing be taken off of the court's calendar.

Dated:   09/25/08

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

---

[1] **I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**