JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BASHIR KARIM, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, III; CHRISTINA POULOS, Director of the California Service Center; ROBIN BARRETT, USCIS District Director, et al., <br><br> Defendants. | No. C 08-1920 TEH <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice.

///

///

///

Stipulation to Dismiss
C08-1920 TEH                        1

| | | |
|---|---|---|
| 1 | Dated: November 18, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS[1] |
| 5 | | Assistant United States Attorney<br>Attorney for Defendants |

<br>

Dated: November 18, 2008                    _____/s/_____
                                            ERICH KEEFE
                                            SHAH PEERALLY
                                            Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November __18__, 2008                _____
                                            THELTON E. HENDERSON
                                            United States District Court

_(Seal of United States District Court, Northern District of California, signed by Judge Thelton E. Henderson)_

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C08-1920 TEH                                        2